UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-01318-ODW (RAOx) | Date | September 17, 2024 |
|---|---|---|---|
| Title | *Balboa Capital Corporation v. DOK Freight Systems LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**         **In Chambers**

The Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **September 20, 2024**, why the Court should not dismiss Defendant DOK Freight Systems LLC based on Plaintiff's failure to serve the Complaint within the Rule 4(m) period. No hearing will be held. The Court will discharge this order upon the filing of a timely proof of service or a demonstration of good cause why timely service has not been made, supported by declaration under penalty of perjury.

Failure to timely or adequately respond to this Order may result in the dismissal of the action without further warning.

_____ : 00

Initials of Preparer   SE